**SO ORDERED.**

/s/ Michael E. Farbiarz
Michael E. Farbiarz, U.S.D.J.
Date: 7/9/2025

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

------------------------------------------------- X
ANTHONY CORSINI, individually, :
on behalf of himself and all others :
similarly situated, :
: 
          Plaintiff, : Civil Action No. 2:24-CV-08853-MEF-MAH
:
  vs. :
: **STIPULATION OF DISMISSAL**
VALLEY NATIONAL BANK and : **WITHOUT PREJUDICE**
VALLEY NATIONAL BANCORP, :
:
          Defendants. :
------------------------------------------------- X

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Anthony Corsini ("Plaintiff") and Defendants Valley National Bank and Valley National Bancorp ("Defendants") hereby stipulate that the above-captioned case shall be dismissed without prejudice, with each party to bear their own fees and costs.

Dated: July 8, 2025                                             Dated: July 8, 2025

**FITAPELLI & SCHAFFER, LLP**                   **SEYFARTH SHAW LLP**

By: */s/ Dana M. Cimera*                                 By: */s/ Max Scharf*
    Brian S. Schaffer                                        Robert Whitman
    dcimera@fslawfirm.com                              rwhitman@seyfarth.com
    Dana M. Cimera                                         Max Scharf
    dcimera@fslawfirm.com                              mscharf@seyfarth.com
    28 Liberty Street, 30th Floor                        620 Eighth Avenue
    New York, New York 10005                        New York, New York 10018
    Telephone: (212) 300-0375                          Telephone: (212) 218-5500

    *Attorneys for Plaintiff*                                    *Attorneys for Defendants*

318943696v.1